C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-80429 C-13D |
| Barry G. Betts | ) | |
| Jennifer D. Betts | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On August 27, 2009, a hearing was held on Objection by the Standing Trustee and Green Tree to confirmation of the Debtors' proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq., attorney for the Standing Trustee appeared. No other party appeared. The Court, after considering the Objections and having heard and considered the statements of the attorney for the Trustee, finds that the Objections should be sustained; therefore, it is ORDERED:

1. The Objections by the Trustee and Green Tree to confirmation of the Debtor's proposed plan is sustained and this proposed plan is not confirmed.

2. The Debtors shall have 30 days from August 27, 2009, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

# PARTIES IN INTEREST
Page 1 of 1
09-80429 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**