UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

BARRY GLENN BETTS                          CASE NO. 09-80429
JENNIFER DEMETRIS BETTS                     JUDGE WILLIAM L. STOCKS
132 AMETHIA DRIVE
ROXBORO, NC  27574

     DEBTORS

SSN(1) XXX-XX-4360        SSN(2) XXX-XX-9216        DATE:  12/01/2009

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —
REPORT OF FILED CLAIMS
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE COLLECTIONS | $0.00 | UNSECURED |
| 421 FAYETTEVILLE ST MALL #600 | INT:  .00% | NOT FILED |
| RALEIGH, NC  27601 | NAME ID: 89724 | ACCT: |
| | CLAIM #:  0012 | COMMENT: |
| AMERICAN GENERAL FINANCE | $2,391.82 | UNSECURED |
| 805 N MADISON BLVD | INT:  .00% | |
| ROXBORO, NC  27573-4639 | NAME ID: 70914 | ACCT: 5711 |
| | CLAIM #:  0001 | COMMENT:  HHGS/NO UCC |
| BENEFICIAL MORTG CO OF NC | $0.00 | NOTICES ONLY |
| P O BOX 829009 | INT:  .00% | NOT FILED |
| DALLAS, TX  75382 | NAME ID: 110988 | ACCT: |
| | CLAIM #:  0043 | COMMENT: |
| BENEFICIAL MORTGAGE CO | $39,125.58 | UNSECURED |
| ATTN PAYMENT PROCESSING | INT:  .00% | |
| 1301 E TOWER RD | NAME ID: 98372 | ACCT: 5097 |
| SCHAUMBURG, IL  60173 | CLAIM #:  0002 | COMMENT:  2ND DEED/TRUST (RES) |
| BENEFICIAL MORTGAGE CO | $0.00 | ARREARS-MORTGAGES/MOBILE HOMES |
| ATTN PAYMENT PROCESSING | INT:  .00% | AMENDED |
| 1301 E TOWER RD | NAME ID: 98372 | ACCT: 5097 |
| SCHAUMBURG, IL  60173 | CLAIM #:  0042 | COMMENT:  ARRS 2ND D/T PAYN#2 |
| CAVALRY PORTFOLIO SERVICES | $0.00 | UNSECURED |
| P O BOX 1017 | INT:  .00% | NOT FILED |
| HAWTHORNE, NY  10532 | NAME ID: 90481 | ACCT: 0157 |
| | CLAIM #:  0013 | COMMENT: |
| CHEXSYSTEMS | $0.00 | NOTICES ONLY |
| 7805 HUDSON ROAD #100 | INT:  .00% | NOT FILED |
| WOODBURY, MN  55125-1595 | NAME ID: 40869 | ACCT: |
| | CLAIM #:  0035 | COMMENT: |
| COLLECTAME-CACH | $9,829.09 | UNSECURED |
| SESSOMS & ROGERS PA | INT:  .00% | |
| P O BOX 52508 | NAME ID: 109401 | ACCT: |
| DURHAM, NC  27717 | CLAIM #:  0030 | COMMENT: JUDGMENT  08-CVD-998 |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT BUREAU<br>P O BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 88644<br>CLAIM #: 0032 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT BUREAU OF GREENSBORO<br>P O BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 74682<br>CLAIM #: 0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT FINANCIAL SERVICES<br>P O BOX 451<br>DURHAM, NC 27702-0451 | $0.00<br>INT: .00%<br>NAME ID: 71227<br>CLAIM #: 0023 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:GRANVILLE MED |
| DUKE UNIVERSITY HEALTH SYSTEM<br>4101 N ROXBORO RD<br>DURHAM, NC 27704 | $1,137.00<br>INT: .00%<br>NAME ID: 43231<br>CLAIM #: 0017 | UNSECURED<br><br>ACCT: 9784<br>COMMENT: 000127178 |
| DURHAM COUNTY EMS<br>OFFICE OF COUNTY ATTORNEY<br>P O BOX 3508<br>DURHAM, NC 27702 | $634.00<br>INT: .00%<br>NAME ID: 107253<br>CLAIM #: 0016 | UNSECURED<br><br>ACCT: 3922<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>ATTN BENEFIT PAYMENT CONTROL<br>P O BOX 26504<br>RALEIGH, NC 27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 110020<br>CLAIM #: 0019 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX<br>P O BOX 740241<br>ATLANTA, GA 30374 | $0.00<br>INT: .00%<br>NAME ID: 56252<br>CLAIM #: 0036 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P O BOX 2002<br>ALLEN, TX 75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 97360<br>CLAIM #: 0037 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GE MONEY BANK/JC PENNY<br>P O BOX 103104<br>ROSWELL, GA 30076 | $0.00<br>INT: .00%<br>NAME ID: 110946<br>CLAIM #: 0025 | UNSECURED<br>NOT FILED<br>ACCT: 1-01<br>COMMENT: |
| GRANVILLE MEDICAL CENTER<br>ATTN PATIENT ACCOUNTS<br>P O BOX 947<br>OXFORD, NC 27565-0947 | $0.00<br>INT: .00%<br>NAME ID: 98546<br>CLAIM #: 0022 | UNSECURED<br><br>ACCT: 8906<br>COMMENT: |
| GREEN TREE FINANCIAL CORP<br>P O BOX 6154<br>RAPID CITY, SD 57709-6154 | $0.00<br>INT: .00%<br>NAME ID: 13806<br>CLAIM #: 0041 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREEN TREE SERVICING LLC<br>P O BOX 0049<br>PALATINE, IL 60055-0049 | MONTHLY PMT $503.10<br>INT: .00%<br>NAME ID: 103263<br>CLAIM #: 0003 | ONGOING DEBT<br><br>ACCT: 4737<br>COMMENT: 1ST DEED/TRUST (RES) |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GREEN TREE SERVICING LLC<br>P O BOX 0049<br>PALATINE, IL 60055-0049 | $4,537.90<br>INT: .00%<br>NAME ID: 103263<br>CLAIM #: 0040 | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT: 4737<br>COMMENT: ARREARS/1ST D/T(RES) |
| HSBC FINANCE CORP<br>P O BOX 829009<br>DALLAS, TX 75382-9009 | $0.00<br>INT: .00%<br>NAME ID: 92551<br>CLAIM #: 0048 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INNOVIS DATA SOLUTIONS<br>P O BOX 1534<br>COLUMBUS, OH 43216-1534 | $0.00<br>INT: .00%<br>NAME ID: 101611<br>CLAIM #: 0038 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA 19114-0325 | $1,782.15<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0007 | PRIORITY<br><br>ACCT: 4360<br>COMMENT: 05-07 INCOME TAXES |
| INTERNAL REVENUE SERVICE<br>P O BOX 21126<br>PHILADELPHIA, PA 19114 | $0.00<br>INT: .00%<br>NAME ID: 399<br>CLAIM #: 0044 | NOTICES ONLY<br>NOT FILED<br>ACCT: 4360<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA 19114-0325 | $533.60<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 10007 | UNSECURED<br><br>ACCT: 4360<br>COMMENT: PENALTY |
| JEFFERSON CAPITAL SYSTEMS LLC<br>COMPUCREDIT CORPORATION<br>P O BOX 23051<br>COLUMBUS, GA 31902-3051 | $93.56<br>INT: .00%<br>NAME ID: 102023<br>CLAIM #: 0045 | UNSECURED<br><br>ACCT: 3347<br>COMMENT: SALUTE VISA GOLD |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>SAINT CLOUD, MN 56302-9617 | $0.00<br>INT: .00%<br>NAME ID: 66364<br>CLAIM #: 0046 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>8875 AERO DRIVE STE 200<br>SAN DIEGO, CA 92123 | $380.00<br>INT: .00%<br>NAME ID: 46534<br>CLAIM #: 0026 | UNSECURED<br><br>ACCT: 1340<br>COMMENT: FINGERHUT CRDT 4580 |
| MIDLAND CREDIT MANAGEMENT INC<br>8875 AERO DRIVE STE 200<br>SAN DIEGO, CA 92123 | $616.71<br>INT: .00%<br>NAME ID: 46534<br>CLAIM #: 0050 | UNSECURED<br><br>ACCT: 0653<br>COMMENT: |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>P O BOX 900006<br>RALEIGH, NC 27675-9006 | $0.00<br>INT: .00%<br>NAME ID: 56795<br>CLAIM #: 0033 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT/OFFC SERV DIV<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 402<br>CLAIM #: 0008 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NC DEPARTMENT OF REVENUE | $0.00 | NOTICES ONLY |
| % NC DEPARTMENT OF JUSTICE | INT: .00% | NOT FILED |
| P O BOX 629 | NAME ID: 55149 | ACCT: |
| RALEIGH, NC  27602-0629 | CLAIM #: 0009 | COMMENT:  REP:NC DEPT OF REV |
| NC DEPARTMENT OF REVENUE | $0.00 | NOTICES ONLY |
| % REGINALD S HINTON | INT: .00% | NOT FILED |
| P O BOX 25000 | NAME ID: 32688 | ACCT: |
| RALEIGH, NC  27640-5000 | CLAIM #: 0010 | COMMENT:  REP:NC DEPT OF REV |
| NC EMPLOYMENT SECURITY COMM | $0.00 | NOTICES ONLY |
| P O BOX 26504 | INT: .00% | NOT FILED |
| RALEIGH, NC  27611 | NAME ID: 43282 | ACCT: |
|  | CLAIM #: 0034 | COMMENT: |
| PERSON COUNTY REGISTER OF DEED | $14.00 | SPECIAL COST ITEM |
| 21 ABBITT STREET | INT: .00% |  |
| P O BOX 209 | NAME ID: 560 | ACCT: |
| ROXBORO, NC 27573 | CLAIM #: 0047 | COMMENT:  RECORD NOTICE |
| PERSON COUNTY TAX COLLECTOR | $719.78 | SECURED |
| P O BOX 1701 | INT: 9.00% |  |
| ROXBORO, NC  27573 | NAME ID: 1888 | ACCT: 9704 |
|  | CLAIM #: 0004 | COMMENT: 08 REAL PROPERTY TAX |
| PERSON COUNTY TAX COLLECTOR | $0.00 | NOTICES ONLY |
| P O BOX 1701 | INT: .00% | NOT FILED |
| ROXBORO, NC  27573 | NAME ID: 1888 | ACCT: |
|  | CLAIM #: 0011 | COMMENT: |
| PERSON MEMORIAL HOSPITAL | $523.44 | UNSECURED |
| 615 RIDGE ROAD | INT: .00% |  |
| ROXBORO, NC  27573 | NAME ID: 99351 | ACCT: 4360 |
|  | CLAIM #: 0027 | COMMENT: |
| PRA RECEIVABLES MANAGEMENT LLC | $1,163.52 | UNSECURED |
| AGENT OF PORTFOLIO RECOVERY A | INT: .00% |  |
| P O BOX 12914 | NAME ID: 66278 | ACCT: 2422 |
| NORFOLK, VA  23541 | CLAIM #: 0014 | COMMENT: |
| PRA RECEIVABLES MANAGEMENT LLC | $323.40 | UNSECURED |
| AGENT OF PORTFOLIO RECOVERY A | INT: .00% |  |
| P O BOX 12914 | NAME ID: 66278 | ACCT: 6284 |
| NORFOLK, VA  23541 | CLAIM #: 0021 | COMMENT:  GOODYEAR |
| PRA RECEIVABLES MANAGEMENT LLC | $0.00 | NOTICES ONLY |
| PORTFOLIO RECOVERY ASSOCIATES | INT: .00% | NOT FILED |
| P O BOX 41067 | NAME ID: 66284 | ACCT: |
| NORFOLK, VA  23541 | CLAIM #: 0049 | COMMENT: |
| PREMIER BANKCARD/CHARTER | $174.98 | UNSECURED |
| P O BOX 2208 | INT: .00% |  |
| VACAVILLE, CA  95696 | NAME ID: 82616 | ACCT: 6283 |
|  | CLAIM #: 0020 | COMMENT:  5177-6074-5107-XXXX |
| RCS | $0.00 | NOTICES ONLY |
| P O BOX 7229 | INT: .00% | NOT FILED |
| WESTCHESTER, IL  60154 | NAME ID: 104356 | ACCT: |
|  | CLAIM #: 0018 | COMMENT:  REP:DURHAM REGIONAL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| REGIONAL ANESTHESIA PLLC<br>P O BOX 15609<br>DURHAM, NC 27704-0609 | $0.00<br>INT: .00%<br>NAME ID: 92828<br>CLAIM #: 0028 | UNSECURED<br>NOT FILED<br>ACCT: 9532<br>COMMENT: |
| ROUNDUP FUNDING LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA 98111-9221 | $443.99<br>INT: .00%<br>NAME ID: 65743<br>CLAIM #: 0024 | UNSECURED<br><br>ACCT: 1053<br>COMMENT: JC PENNEY CONSUMER |
| SECURITY COLLECTIONS<br>P O BOX 910<br>EDENTON, NC 27932 | $0.00<br>INT: .00%<br>NAME ID: 108498<br>CLAIM #: 0029 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 1773<br>ROXBORO, NC 27573 | $1,848.40<br>INT: 5.25%<br>NAME ID: 27813<br>CLAIM #: 0005 | VEHICLE<br><br>ACCT: 2993<br>COMMENT: 03 CHRYSLER TOWNCOUN |
| TRANS UNION CORPORATION<br>P O BOX 2000<br>CRUM LYNNE, PA 19022-2002 | $0.00<br>INT: .00%<br>NAME ID: 111696<br>CLAIM #: 0039 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VISION FINANCIAL FEDERAL CU<br>P O BOX 15818<br>DURHAM, NC 27704 | $2,332.88<br>INT: 5.25%<br>NAME ID: 77244<br>CLAIM #: 0006 | VEHICLE<br><br>ACCT: 1912<br>COMMENT: 00 DODGE RAM |
| WILLIAM F HILL PA<br>P O BOX 2517<br>GREENVILLE, NC 27836 | $0.00<br>INT: .00%<br>NAME ID: 70464<br>CLAIM #: 0031 | NOTICES ONLY<br>NOT FILED<br>ACCT: CORP<br>COMMENT: REP:TIME INVESTMENT |
| **TOTAL:** | **$69,108.90** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC 27615 | $2,800.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC 27702-3613

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/01/2009

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Lindsay West
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtors
Attorney for Debtors